1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  HEATHER M. MELTON (CABN 260870)
   Special Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7200
7  Fax: (415) 436-7234
   E-Mail: heather.melton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 12-00127 EMC
                                     )
15          Plaintiff,                )
                                     )   [PROPOSED] ORDER EXCLUDING
16      v.                            )   TIME FROM JUNE 6, 2012 TO JULY 18,
                                     )   2012.
17  MARCIAL GONZALES VASQUEZ,        )
                                     )
18          Defendant.                )
                                     )
19

20

21      The defendant, MARCIAL GONZALES VASQUEZ, represented by JODI LINKER,

22  Assistant Federal Public Defender, and the government, represented by HEATHER M.

23  MELTON, Special Assistant United States Attorney, appeared before the Court on June 6, 2012.

24  Defense counsel requested a continuance of the matter until July 18, 2012.

25      The matter was continued to July 18, 2012 at 2:30 p.m. for further status.  Defense

26  counsel requested that time be excluded under the Speedy Trial Act between June 6, 2012 and

27  July 18, 2012, in order to review the discovery in this case.  The government had no objection to

28  excluding time.

Case No. 12-00127 EMC
[Proposed] Order Excluding Time

1  Based upon the representations of counsels and for good cause shown, the Court finds
2 that failing to exclude the time between June 6, 2012 and July 18, 2012 would deny the parties
3 continuity of counsel and would unreasonably deny defense counsel the reasonable time
4 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
5 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
6 time between June 6, 2012 to July 18, 2012 from computation under the Speedy Trial Act
7 outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
8 HEREBY ORDERED that the time between June 6, 2012 and July 18, 2012 shall be excluded
9 from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

12  DATED: _____June 14, 2012_____        _____
13                                                   HON. EDWARD M. CHEN
                                                    United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Case No. 12-00127 EMC
[Proposed] Order Excluding Time        -2-